```
                   UNITED STATES BANKRUPTCY COURT
                FOR THE NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION

IN RE:                              )     Chapter 7
                                    )
   ROBERT G. ALLEN                  )     Case No. 05 B 54542
                                    )
             Debtor(s).             )     Hon. Carol A. Doyle
```

### TRUSTEE'S FINAL REPORT

To:  The Honorable Carol A. Doyle
     Bankruptcy Judge

NOW COMES DAVID R. HERZOG, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 14, 2005 under Chapter 7 of the Bankrutpcy Code ("Code"). Thereafter, DAVID R. HERZOG was appointed Trustee and accepted his appointment. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under order of this Court or are sought to be abandoned by the Trustee; there is no other property belonging to the estate to the best of the Trustee's knowledge; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that

this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

    3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $ 0.00. The property abandoned, or sought to be abandoned herein, along with the reasons for such abandonment, is described in the aforesaid "Exhibit B".

    4.   A summary of the trustees final account as of March 2004 is as follows:

| | | | |
|---|---|---|---|
| | a. | RECEIPTS (see Exhibit C) | $ 19,141.16 |
| | b. | DISBURSEMENTS (see Exhibit C) | $      0.00 |
| | c. | NET CASH available for distribution | $ 19,141.16 |
| d. | ADMINISTRATIVE EXPENSES: | | |
| | 1. | Trustee's compensation requested (see Exhibit E) | $  2,663.51 |
| | 2. | Expenses (see Exhibit E) Photocopies | $      0.00 |

    5.   The Bar Date for filing unsecured claims expired on September 25, 2006.

    6.   All claims filed in this case with the Clerk of Bankruptcy Court have been reviewed by the Trustee to the extent warranted by the circumstances of this case, and a report is attached as Exhibit D. The actual dollar amount of claims allowed and/or filed for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured claims | $      0.00 |
| b. | Chapter 7 administrative claims (Including Clerk's Fees) | $  2,663.51 |
| c. | Chapter 11 administrative claims | $      0.00 |

-2-

    d.   Allowed priority claims                 $      0.00

    e.   Allowed unsecured claims              $   29,111.48

7.  Trustee proposes that unsecured creditors receive a distribution of .56601897258% of allowed claims.

8.  Total compensation previously awarded to Trustee's counsel, accountant, or other professional is $ 0.00.  Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $0.00.  The total of Chapter 7 professional fees and expenses requested for final allowance is $0.00. (See Exhibit G).

9.  A fee of $526.00 was paid to the attorneys for the Debtor for services rendered in connection with this case and no basis appears to request an examination of those fees pursuant to 11 U.S.C. Section 329.  There were no Chapter 11 professionals' fees and expenses in connection with the matter.

WHEREFORE, the Trustee certifies under penalty of perjury that the above foregoing is true and correct, requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. Sections 330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement and make final allowance of the administrative claims and expenses stated in this report, and for such other and further relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 12/12/2008 /s/ David R. Herzog
SIGNATURE

David R. Herzog
TRUSTEE NAME

77 W. Washington St, Ste 1717
Chicago, Illinois 60602
ADDRESS

# **EXHIBIT A**

## TASKS PERFORMED BY TRUSTEE

1. The Trustee investigated the assets of the Debtor, as well as the accuracy of the information contained in the schedules.

2. The Trustee made all necessary disbursements and receipts to the Estate's account.

3. The Trustee prepared interim and final reports.

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-54542 CD | Trustee: | (330520) DAVID HERZOG |
| --- | --- | --- | --- |
| Case Name: | ALLEN, ROBERT G. | Filed (f) or Converted (c): | 10/14/05 (f) |
| | | §341(a) Meeting Date: | 02/27/06 |
| Period Ending: | 12/12/08 | Claims Bar Date: | 09/22/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 15621 CORNELL, DOLTON, IL | 500.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4 | COSTUME JEWELRY/WATCHES | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5 | LAWSUIT FOR NEGLIGENT BAILMENT | 19,500.00 | 19,100.00 | | 19,124.40 | 375.60 |
| 6 | 1999 HONDA ACCORD | 3,250.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 16.76 | Unknown |
| 7 | Assets    Totals (Excluding unknown values) | **$24,550.00** | **$19,100.00** | | **$19,141.16** | **$375.60** |

**Major Activities Affecting Case Closing:**

Prepare settlement motion for lawsuit.

**Initial Projected Date Of Final Report (TFR):** December 31, 2008     **Current Projected Date Of Final Report (TFR):** December 31, 2008

Printed: 12/12/2008 11:02 AM     V.10.54

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-54542 CD | | Trustee: | DAVID HERZOG (330520) |
|---|---|---|---|---|
| Case Name: | ALLEN, ROBERT G. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****82-65 - Money Market Account |
| Taxpayer ID #: | 13-7597361 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/12/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/16/08 | {5} | James Smith | Settlement of Property Damage Action | 1149-000 | 19,124.40 | | 19,124.40 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.15 | | 19,125.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.39 | | 19,127.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 19,130.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 19,132.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.27 | | 19,135.07 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 19,137.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.08 | | 19,139.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.50 | | 19,141.16 |
| | | | **ACCOUNT TOTALS** | | **19,141.16** | **0.00** | **$19,141.16** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **19,141.16** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,141.16** | **$0.00** | |

{} Asset reference(s)      Printed: 12/12/2008 11:02 AM    V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-54542 CD  
**Case Name:** ALLEN, ROBERT G.

**Taxpayer ID #:** 13-7597361  
**Period Ending:** 12/12/08

**Trustee:** DAVID HERZOG (330520)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****82-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****82-65 | 19,141.16 | 0.00 | 19,141.16 |
| | $19,141.16 | $0.00 | $19,141.16 |

{} Asset reference(s)

Printed: 12/12/2008 11:02 AM V.10.54