**EXHIBIT D**

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT G. ALLEN | ) | Case No. 05 B 54542 |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

**PROPOSED DISTRIBUTION REPORT**

    I, David R. Herzog, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of the Court, and state that based on my review I propose to make the following distributions:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $ 2,663.51 |
| Chapter 11 Administrative Expenses: | $ -0- |
| Priority Claims (507(a)(3)-(a)(6)): | $ -0- |
| Secured Tax Liens: | $ -0- |
| Priority Tax Claims: | $ -0- |
| General Unsecured Claims: | $ 16,477.65 |
| Other: | |
| _____ | $ -0- |
| _____ | $ -0- |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 19,141.16 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | § 726(a) & (b) and § 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $ 2,663.51 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | David R. Herzog, Trustee in Bankruptcy | $ 2,663.51 | $ 2,663.51 |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 726(a) & (b) and § 507(a)(1) (Debtor-in-Possession (DIP) administrative expenses) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 507(a)(2) - Gap Claims arising in involuntary cases and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 507(a)(3) - Wages, salaries or commissions limited to $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(4) - Contributions Employment Funds | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000.00 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(6) - Deposits by consumers to the extent of $900 | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 724(b)(2) - Tax Liens | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(7) - Tax claims excluding fines and penalties and allowed pursuant to § 502(f) | $   - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - Capital commitments to FDIC, et al. and allowed pursuant to § 502(f) | $   - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| § 507(a)(8) - General claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $ 29,111.48 | .56601897258 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | American Honda Finance | $ 3,917.87 | $ 2,217.59 |
| 5 | Citibank South Dakota | $   334.88 | $   189.55 |
| 6 | Household/Beneficial | $ 10,345.22 | $ 5,855.59 |
| 7 | Harris NA | $ 14,513.51 | $ 8,214.92 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|

DISTRIBUTION REPORT - CONT'D                                    PAGE 5 of 5

| | | | |
|---|---|---|---|
| | § 726(a)(3) - Late unsecured claims | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 13. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 726(a)(5) - Fines/penalties excluding fines and penalties and allowed pursuant to § 502(f) | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | § 726(a)(5) - Interest | $ - 0 - | N/A |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: 12/12/08                        /s/ David R. Herzog
                                       David R. Herzog,
                                       Trustee in Bankruptcy