## **EXHIBIT G**

## **PROFESSIONAL FEES AND EXPENSES**

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| Trustee's Attorney's Name: James A. Smith | $ 14,211.22 | N/A | $ 14,211.22 |
| Trustee's Other Professionals Name: | N/A | N/A | N/A |
| Debtor's Attorney | | | |
| Debtor's Accountant | | | |
| Any Other Professional | | | |
| TOTALS | $ 14,211.22 | $ 0.00 | $ 14,211.22 |