UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| ROBERT G. ALLEN | ) | Case No. 05 B 54542 |
| | ) | |
| Debtor(s). | ) | Hon. Carol A. Doyle |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:  United States Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

   On: **March 26, 2009**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $ 19,141.16 |
   | Disbursements | $      0.00 |
   | Net Cash Available for Distribution | $ 19,141.16 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|
   | David R. Herzog, Trustee in Bankruptcy | 0 | $ 2,663.51 | $    0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

   | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
   |---|---|---|---|

   N/A

6. No priority claims have been filed in this estate.

7. Claims of general unsecured creditors totaling $29,111.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be .56601897258%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | American Honda Finance | $ 3,917.87 | $ 2,217.59 |
| 5 | Citibank South Dakota | $ 334.88 | $ 189.55 |
| 6 | Household/Beneficial | $ 10,345.22 | $ 5,855.59 |
| 7 | Harris NA | $ 14,513.51 | $ 8,214.92 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. The Trustee proposes to abandon the following property at the hearing: N/A.

Dated: **February 27, 2009**    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 So. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:   David R. Herzog
Address:   77 West Washington, Suite 1717
Chicago, Illinois 60602
Phone No.:   (312) 977-1600

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Feb 27, 2009
Case: 05-54542                Form ID: pdf002          Total Served: 19
```

The following entities were served by first class mail on Mar 01, 2009.
```
db              Robert G Allen,   15621 Cornell Ave,   Dolton, IL  60419-3021
10223608     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,   2170 Point Blvd Ste 100,
                Elgin, IL  60123-7875)
12654274       AMERICAN HONDA FINANCE CORPORATION,   NATIONAL BANKRUPTCY CENTER,   P.O. BOX 168088,
                IRVING, TX 75016-8088
10223599       Allen Robert G,   15621 Cornell Ave,   Dolton, IL  60419-3021
10825026    +++American Honda Finance,   P O Box 168088,   Irving, TX 75016-8088
10840390      +Beneficial/Household Finance,   961 Weigel Dr.,   Elmhurst, IL 60126-1050
10223610       Beneficial/household Finance,   2700 Sanders Rd,   Prospect Heights, IL  60070-2701
10223611      +Cananwill,   1234 Market St Ste 340,   Philadelphia, PA 19107-3707
10223613       Citgo Oil/citibank,   PO Box 6003,   Hagerstown, MD  21747-6003
10908954      +Citibank South Dakota NA,   Assoc/Citgo Payment Center,   4740 121st Street,
                Urbandale, IA 50323-2402
10223615       City Of Chicago Bureau Of Parking,   PO Box 88292,   Chicago, IL  60680-1292
10223616       City Of New York,   Office Of The Sheriff,   PO Box 3637,   New York, NY  10008-3637
10223617       Countrywide Home Loans,   400 Countrywide Way,   Simi Valley, CA  93065-6298
10223602      +Gleason And MacMaster,   77 W Washington Ste 1218,   Chicago, IL 60602-3246
10912081      +HARRIS NA,   3800 GOLF ROAD SUITE 300,   ROLLING MEADOWS, IL 60008-4005,   ATTN: KENDRA MCNEIL
10223619       Harris N.a.,   111 W Monroe St Llw,   Chicago, IL  60603-4096
10910065       Household Finance Corporation/Beneficial,   by eCAST Settlement Corporation,   as its agent,
                POB 35480,   Newark NJ 07193-5480
10223620       Oak Forest Hospital,   15900 Cicero Ave,   Oak Forest, IL  60452-4006
```

The following entities were served by electronic transmission on Feb 27, 2009.
```
10223606       Fax: 708-957-8457 Feb 27 2009 23:34:43      American General Finan,   17828 Halsted St,
                Homewood, IL  60430-2012
                                                                                              TOTAL: 1
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             James A Smith
                                                                                              TOTALS: 1, * 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2009**                    **Signature:** _Joseph Speetjens_