**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS**

In re:  ALLEN, ROBERT G.    § Case No. 05-54542
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

DAVID HERZOG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $0.00 | Assets Exempt:  $3,400.00 |
| Total Distribution to Claimants: $16,481.20 | Claims Discharged Without Payment:  $0.00 |
| Total Expenses of Administration:  $2,663.51 | |

3) Total gross receipts of $   19,144.71  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     0.00   (see **Exhibit 2**), yielded net receipts of $19,144.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,663.51 | 2,663.51 | 2,663.51 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 29,111.48 | 16,481.20 | 16,481.20 |
| **TOTAL DISBURSEMENTS** | $0.00 | $31,774.99 | $19,144.71 | $19,144.71 |

4) This case was originally filed under Chapter 7 on October 14, 2005.
. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/26/2009          By: /s/DAVID HERZOG
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUIT FOR NEGLIGENT BAILMENT | 1149-000 | 19,124.40 |
| Interest Income | 1270-000 | 20.31 |
| **TOTAL GROSS RECEIPTS** | | **$19,144.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| N/A | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 4 − CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David R. Herzog | 2100-000 | N/A | 2,663.51 | 2,663.51 | 2,663.51 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,663.51 | $2,663.51 | $2,663.51 |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 − GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Honda Finance | 7100-000 | N/A | 3,917.87 | 2,218.07 | 2,218.07 |
| Citibank South Dakota | 7100-000 | N/A | 334.88 | 189.59 | 189.59 |
| Household/Beneficial | 7100-000 | N/A | 10,345.22 | 5,856.85 | 5,856.85 |
| Harris NA | 7100-000 | N/A | 14,513.51 | 8,216.69 | 8,216.69 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $29,111.48 | $16,481.20 | $16,481.20 |

**UST Form 101-7-TDR (4/1/2009)**

**UST Form 101-7-TDR (4/1/2009)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-54542  
**Case Name:** ALLEN, ROBERT G.  

**Period Ending:** 06/26/09

**Trustee:** (330520)   DAVID HERZOG  
**Filed (f) or Converted (c):** 10/14/05 (f)  
**§341(a) Meeting Date:** 02/27/06  
**Claims Bar Date:** 09/22/06  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 15621 CORNELL, DOLTON, IL | 500.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | CLOTHING | 200.00 | 0.00 | | 0.00 | 0.00 |
| 4 | COSTUME JEWELRY/WATCHES | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5 | LAWSUIT FOR NEGLIGENT BAILMENT | 19,500.00 | 0.00 | | 19,124.40 | FA |
| 6 | 1999 HONDA ACCORD | 3,250.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 20.31 | FA |
| 7 | **Assets   Totals** (Excluding unknown values) | **$24,550.00** | **$0.00** | | **$19,144.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

Prepare settlement motion for lawsuit.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2008   **Current Projected Date Of Final Report (TFR):**   December 30, 2008  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-54542  **Trustee:** DAVID HERZOG (330520)
**Case Name:** ALLEN, ROBERT G.  **Bank Name:** JPMORGAN CHASE BANK, N.A.
   **Account:** ***-*****82-65 - Money Market Account
**Taxpayer ID #:** 13-7597361  **Blanket Bond:** $5,000,000.00  (per case limit)
**Period Ending:** 06/26/09  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/16/08 | {5} | James Smith | Settlement of Property Damage Action | 1149-000 | 19,124.40 | | 19,124.40 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.15 | | 19,125.55 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.39 | | 19,127.94 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 19,130.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.43 | | 19,132.80 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.27 | | 19,135.07 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.51 | | 19,137.58 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.08 | | 19,139.66 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.50 | | 19,141.16 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.35 | | 19,142.51 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.78 | | 19,143.29 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 19,144.01 |
| 03/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.70 | | 19,144.71 |
| 03/27/09 | | To Account #********8266 | | 9999-000 | | 19,144.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 19,144.71 | 19,144.71 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 19,144.71 | |
| | | | **Subtotal** | | 19,144.71 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$19,144.71** | **$0.00** | |

{} Asset reference(s)  Printed: 06/26/2009 11:35 AM  V.11.21

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 05-54542 | | | **Trustee:** | DAVID HERZOG (330520) |
| --- | --- | --- | --- | --- | --- |
| **Case Name:** | ALLEN, ROBERT G. | | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | | **Account:** | ***-*****82-66 - Checking Account |
| **Taxpayer ID #:** | 13-7597361 | | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 06/26/09 | | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/27/09 | | From Account #********8265 | | 9999-000 | 19,144.71 | | 19,144.71 |
| 04/07/09 | 101 | David R. Herzog | Final Distribution | 2100-000 | | 2,663.51 | 16,481.20 |
| 04/07/09 | 102 | American Honda Finance | Final Distribution | 7100-000 | | 2,218.07 | 14,263.13 |
| 04/07/09 | 103 | Household/Beneficial | Final Distribution | 7100-000 | | 5,856.85 | 8,406.28 |
| 04/07/09 | 104 | Citibank South Dakota | Final Distribution | 7100-000 | | 189.59 | 8,216.69 |
| 04/07/09 | 105 | Harris NA | Final Distribution | 7100-000 | | 8,216.69 | 0.00 |

| | | | | |
| --- | --- | --- | --- | --- |
| | **ACCOUNT TOTALS** | | 19,144.71 | 19,144.71 | $0.00 |
| | Less: Bank Transfers | | 19,144.71 | 0.00 | |
| | **Subtotal** | | 0.00 | 19,144.71 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | $0.00 | $19,144.71 | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **MMA # ***-*****82-65** | 19,144.71 | 0.00 | 0.00 |
| **Checking # ***-*****82-66** | 0.00 | 19,144.71 | 0.00 |
| | $19,144.71 | $19,144.71 | $0.00 |